In the Matter of the Claim of JAMES O'BRIEN, Respondent, against SHORE ROAD HOSPITAL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued September 28, 1937; decided October 12, 1937.

*Harry Wareham* and *Frank L. Ward* for appellants.
*William M. Steinberg* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.